# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Zera M. Townsel ⟩
⟩
⟩  **Bankruptcy No.** 09 B 41126
⟩
**Debtor(s)** ⟩
⟩

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above -captioned case for

another status on __February 23, 2012 at 10:30 a.m.__  In courtroom 682 of the

Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The Chapter 7 trustee Karen R. Goodman is positively ordered to appear and

provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

DEC 23 2011

In re: Zera M. Townsel.
Bankruptcy No. 09 B 41126

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on December 23 ,2011, I caused to be served copies

of the foregoing ORDER to the following by electronic service through the Court's

CM/ECF system or regular U.S. mail:

_Deborah Smith_
Courtroom Deputy

## Electronic Service through CM/ECF System

represented by **Ronald P Strojny, Jr**
Law Office of Ronald P Strojny
5839 W 35th Street
Cicero, IL 60804

_Trustee_
**Karen R Goodman, ESQ**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

**U.S. Trustee**

**Patrick S. Layng**

**Office of the U.S. Trustee,**

**Region 11**

**219 South Dearborn St.**

**Room 873**

**Chicago, IL 60604**

## Served through First Clasee Mail

*Debtor*
**Zera M Townsel**
4533 W Gladys Avenue
Chicago, IL 60624

## Served through First Clasee Mail