| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111East Wacker Drive | Location: | |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: TOWNSEL, ZERA M                               §   Case No. 09-41126
                                                     §
         BROWN, ZERA M                               §
Debtor(s)                                            §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $236,130.00 | Assets Exempt:  $70,855.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $3,225.78 | Claims Discharged Without Payment:  $82,691.49 |
| Total Expenses of Administration:  $2,828.08 | |

   3) Total gross receipts of $   10,503.86   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   4,450.00   (see **Exhibit 2**), yielded net receipts of $6,053.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,828.08 | 2,828.08 | 2,828.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,245.00 | 85,917.27 | 85,917.27 | 3,225.78 |
| **TOTAL DISBURSEMENTS** | $50,245.00 | $88,745.35 | $88,745.35 | $6,053.86 |

4) This case was originally filed under Chapter 7 on October 30, 2009. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012          By: /s/KAREN R. GOODMAN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Nissan Rogue 10,000 miles | 1129-000 | 10,500.00 |
| Interest Income | 1270-000 | 3.86 |
| **TOTAL GROSS RECEIPTS** | | **$10,503.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Zera M. Townsel | Payment of Exemption pursuant to 735 ILCS 5/12-1001(c) | 8100-002 | 2,400.00 |
| Zera M. Townsel | Payment of Exemption pursuant to 735 ILCS 5/12-1001(b) | 8100-002 | 2,050.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,450.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,355.37 | 1,355.37 | 1,355.37 |
| KAREN R. GOODMAN | 2200-000 | N/A | 18.43 | 18.43 | 18.43 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 920.00 | 920.00 | 920.00 |
| American Auction Associates, Inc. | 2500-000 | N/A | 525.50 | 525.50 | 525.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.78 | 8.78 | 8.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 14.24 | 14.24 | 14.24 |
| The Bank of New York Mellon | 2600-000 | N/A | -14.24 | -14.24 | -14.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,828.08 | 2,828.08 | 2,828.08 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 4,759.00 | 5,171.51 | 5,171.51 | 194.17 |
| 2 | American Express Centurion Bank | 7100-000 | 6,228.00 | 6,595.65 | 6,595.65 | 247.64 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,786.20 | 3,786.20 | 142.15 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 10,822.21 | 10,822.21 | 406.32 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,437.30 | 14,437.30 | 542.05 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,403.46 | 2,403.46 | 90.24 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 14,600.00 | 15,056.45 | 15,056.45 | 565.30 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 6,138.00 | 6,391.11 | 6,391.11 | 239.95 |
| 9 | American Express Bank, FSB | 7100-000 | 5,704.00 | 5,935.66 | 5,935.66 | 222.85 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 958.73 | 958.73 | 36.00 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 2,575.11 | 2,575.11 | 96.68 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | 12,816.00 | 11,783.88 | 11,783.88 | 442.43 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 50,245.00 | 85,917.27 | 85,917.27 | 3,225.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-41126  
**Case Name:** TOWNSEL, ZERA M  

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 10/30/09 (f)  
**§341(a) Meeting Date:** 12/16/09  

**Period Ending:** 01/11/12  
**Claims Bar Date:** 03/25/10  

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (Debtor's Residence) (Reverse<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account with Harris -2556<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 425.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris business checking account #6414 in the na<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, computer, sofa, vacuum, tab<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Metropolitan Term Life Insurance through retirem<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Morgan Stanley Rollover IRA acct # 3190 - 100%<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 51,355.00 | 0.00 | DA | 0.00 | FA |
| 10 | 34% owner of MMZ Services<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2008 Nissan Rogue 10,000 miles<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 17,675.00 | 15,275.00 | DA | 10,500.00 | FA |
| 12 | MMZ Services Inc equipment: (2) vacuum cleaners, | 500.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-41126  
**Case Name:** TOWNSEL, ZERA M  
**Period Ending:** 01/11/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 10/30/09 (f)  
**§341(a) Meeting Date:** 12/16/09  
**Claims Bar Date:** 03/25/10

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 3.86 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$236,130.00** | **$15,275.00** |  | **$10,503.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

Retain accountant, if necessary, review claims, file TFR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** August 25, 2011 (Actual)

Printed: 01/11/2012 04:15 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-41126 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | TOWNSEL, ZERA M | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****27-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7424 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 01/11/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/10 | {11} | American Auction Associates | Gross auction sale proceeds for 2008 Nissan Rogue per court order of 1/11/10 | 1129-000 | 10,500.00 | | 10,500.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 10,500.08 |
| 04/06/10 | 1001 | American Auction Associates, Inc. | Reimbursement of Expenses per Court Order dated April 5, 2010 | 2500-000 | | 525.50 | 9,974.58 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.26 | | 9,974.84 |
| 04/20/10 | | Wire out to BNYM account 9200******2765 | Wire out to BNYM account 9200******2765 | 9999-000 | -9,974.84 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 525.50 | 525.50 | $0.00 |
| Less: Bank Transfers | -9,974.84 | 0.00 | |
| **Subtotal** | 10,500.34 | 525.50 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,500.34** | **$525.50** | |

{} Asset reference(s)

Printed: 01/11/2012 04:15 PM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-41126  
**Case Name:** TOWNSEL, ZERA M  

**Taxpayer ID #:** **-***7424  
**Period Ending:** 01/11/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 9,974.84 | | 9,974.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 9,975.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 9,975.64 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.57 | | 9,976.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.60 | | 9,976.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 9,977.39 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,977.47 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,977.55 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,977.63 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,977.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,977.79 |
| 02/08/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #09-41126, Bond #016026455 | 2300-000 | | 8.78 | 9,969.01 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,969.08 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,969.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,969.24 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,969.32 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,969.40 |
| 07/06/11 | 11003 | Zera M. Townsel | Payment of Exemption pursuant to 735 ILCS 5/12-1001(c) | 8100-002 | | 2,400.00 | 7,569.40 |
| 07/06/11 | 11004 | Zera M. Townsel | Payment of Exemption pursuant to 735 ILCS 5/12-1001(b) | 8100-002 | | 2,050.00 | 5,519.40 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 5,519.46 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 14.24 | 5,505.22 |
| 08/09/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -14.24 | 5,519.46 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,519.50 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,494.50 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,494.54 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,469.54 |
| 10/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 5,469.58 |
| 10/27/11 | | To Account #9200******2766 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTION | 9999-000 | | 5,469.58 | 0.00 |

Subtotals : $9,978.36   $9,978.36

{} Asset reference(s)   Printed: 01/11/2012 04:15 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-41126 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | TOWNSEL, ZERA M | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-65 - Money Market Account |
| Taxpayer ID #: | **-***7424 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/11/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,978.36 | 9,978.36 | $0.00 |
| | | | Less: Bank Transfers | | 9,974.84 | 5,469.58 | |
| | | | **Subtotal** | | **3.52** | **4,508.78** | |
| | | | Less: Payments to Debtors | | | 4,450.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.52** | **$58.78** | |

{} Asset reference(s)

Printed: 01/11/2012 04:15 PM   V.12.57

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-41126  
**Case Name:** TOWNSEL, ZERA M  
**Taxpayer ID #:** **-***7424  
**Period Ending:** 01/11/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-66 - Checking Account  
**Blanket Bond:** $61,494,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/27/11 | | From Account #9200******2765 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTION | 9999-000 | 5,469.58 | | 5,469.58 |
| 10/28/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 5,494.58 |
| 10/28/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 5,519.58 |
| 11/02/11 | 101 | Karen R. Goodman | TRUSTEE EXPENSES PER COURT ORDER DATED October 27, 2011 | 2200-000 | | 18.43 | 5,501.15 |
| 11/02/11 | 102 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED October 27, 2011 | 2100-000 | | 1,355.37 | 4,145.78 |
| 11/02/11 | 103 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED OCTOBER 27, 2011 | 3110-000 | | 920.00 | 3,225.78 |
| 11/02/11 | 104 | DISCOVER BANK | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 194.17 | 3,031.61 |
| 11/02/11 | 105 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 247.64 | 2,783.97 |
| 11/02/11 | 106 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 142.15 | 2,641.82 |
| 11/02/11 | 107 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 406.32 | 2,235.50 |
| 11/02/11 | 108 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 542.05 | 1,693.45 |
| 11/02/11 | 109 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 90.24 | 1,603.21 |
| 11/02/11 | 110 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 565.30 | 1,037.91 |
| 11/02/11 | 111 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 239.95 | 797.96 |
| 11/02/11 | 112 | American Express Bank, FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 222.85 | 575.11 |
| 11/02/11 | 113 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED | 7100-000 | | 36.00 | 539.11 |

Subtotals :   $5,469.58   $4,930.47

{} Asset reference(s)

Printed: 01/11/2012 04:15 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-41126
**Case Name:** TOWNSEL, ZERA M

**Taxpayer ID #:** **-***7424
**Period Ending:** 01/11/12

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******27-66 - Checking Account
**Blanket Bond:** $61,494,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 10/27/2011 | | | | |
| 11/02/11 | 114 | AMERICAN INFOSOURCE LP AS AGENT FOR | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 96.68 | 442.43 |
| 11/02/11 | 115 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 12 PER COURT ORDER DATED 10/27/2011 | 7100-000 | | 442.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,469.58 | 5,469.58 | $0.00 |
| | | | Less: Bank Transfers | | 5,469.58 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,469.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,469.58 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****27-65 | 10,500.34 | 525.50 | 0.00 |
| MMA # 9200-******27-65 | 3.52 | 58.78 | 0.00 |
| Checking # 9200-******27-66 | 0.00 | 5,469.58 | 0.00 |
| | $10,503.86 | $6,053.86 | $0.00 |

{} Asset reference(s)

Printed: 01/11/2012 04:15 PM    V.12.57